# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2007

132413

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RANDY BUES, Deceased, by MONICA BEUS,
Surviving Spouse,
         Plaintiff-Appellant,

v

BROAD, VOGT & CONANT, INC., STAR
INSURANCE COMPANY, and
MEADOWBROOK CLAIMS SERVICE,
         Defendants-Appellees.

SC: 132413
COA: 258995
WCAC: 03-000316

_____/

     On order of the Court, the application for leave to appeal the August 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     CAVANAGH and KELLY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2007

_____
Clerk

t0321